UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODNEY JEROME WOMACK,

     Petitioner,

    v.

B. CATES, Warden,

     Respondent.

Case No. 22-cv-03925 BLF (PR)

**JUDGMENT**

    For the reasons stated in the order of dismissal, this case is dismissed without prejudice.  Judgment is entered accordingly.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

**Dated:  ___November 29, 2022_____**

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\HC.22\03952Womack_judgment